IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

MARCUS HUDSON,

        Plaintiff,                    No. CIV S-08-1505 DAD P

    vs.

S.R. STILES,

        Defendant.              <u>ORDER</u>

_____/

        Plaintiff, a state prisoner, is proceeding pro se with a civil rights action pursuant to 42 U.S.C. § 1983.

        By an order filed December 11, 2008, this court ordered plaintiff to complete and return to the court, within thirty days, the USM-285 form and a copy of his amended complaint which are required to effect service on the defendant. On December 18, 2008, plaintiff submitted the USM-285 form but failed to file a copy of his amended complaint.

        Accordingly, IT IS HEREBY ORDERED that within thirty days, plaintiff shall submit to the court the attached notice of submission of document and one copy of the amended

/////

/////

/////

1

1  complaint, filed on November 26, 2008, which is required to effect service.  Failure to comply
2  with this order will result in a recommendation that this action be dismissed.
3  DATED: January 5, 2009.

                                                   _____
                                                   DALE A. DROZD
                                                   UNITED STATES MAGISTRATE JUDGE

7  DAD:md/4
   huds1505.8f

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

MARCUS L. HUDSON,

       Plaintiff,                    No. CIV S-08-1505 DAD P

    vs.

S.R. STILES,                             NOTICE OF SUBMISSION

       Defendant.               OF DOCUMENTS

_____/

      Plaintiff hereby submits the following documents in compliance with the court's order filed _____:

      ____ One true and exact copy of the amended complaint filed 11/26/08.

DATED: _____.

                                                     _____
                                                     Plaintiff